IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF OHIO WESTERN DIVISION AT
CINCINNATI

| | | |
|---|---|---|
| Aaron Dennler, | : | Case No. 1:25-cv-00655 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| Discover Bank and Experian Information Solutions Inc | : | |
| | : | |
| Defendants. | : | |
| | : | |

PLAINTIFF'S NOTICE OF PENDING
SETTLEMENT AS TO DEFENDANT DISCOVER BANK

**COMES NOW**, Plaintiff, AARON DENNLER, ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, DISCOVER BANK ("Discover") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and Discover will request that this matter be dismissed with prejudice.

Dated: January 14, 2026

Respectfully submitted,

*/s/ Edward A. Icove*
Edward A. Icove (0019646)
Icove Legal Group, Ltd.
Terminal Tower, Suite 3220
50 Public Square
Cleveland, Ohio 44113
Ph.(216) 802-0000
Fax (216) 802-0002

1

ed@icovelegal.com

*/s/ Jon P. Dubbeld*
Jon P. Dubbeld, Pro Hac
Swift Law PLLC
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Telephone (727) 490-9919
jdubbeld@swift-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2026, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff

2